IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| JAMES P. LANCASTER, | * |
| Plaintiff, | * |
| vs. | * Civil No.: |
| HAVEN SMITH, JR., ET AL., | * |
| Defendants. | * |

## JOINT NOTICE OF REMOVAL

Haven Smith, Jr. and Charles County Maryland, Defendants, by their undersigned counsel, pursuant to Title 28 U.S.C. §§ 1441 and 1446, and Local Rule 103.5 of the United States District Court for the District of Maryland, hereby jointly remove this action from the Circuit Court for Charles County to the United States District Court for the District of Maryland, and, for reasons, state:

1. The Complaint governing this action was filed in the Circuit Court for Charles County on June 2, 2020.

2. The Complaint, brought under the auspices of State and Federal law, sets forth causes of action for: Unreasonable Search and Seizure (Brought under the Fourth Amendment and Articles 24 and 26 of the Maryland Declaration of Rights) (Count 1); Excessive Force (Although not expressly stated, it appears this claim has been brought under the Fourth Amendment and Articles 24 and 26 of the Maryland Declaration of Rights) (Count 2); Assault (Count 3); Battery (Count 4); and Negligent Supervision, Retention, and Training (Count 5).

3. Because Count 1 alleges and Count 2 appears to allege causes of action against Defendants under a federal statute and/or the federal Constitution, the United States District

Court has original jurisdiction over these counts, in that they purport to state a claim arising "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

4. In addition, pursuant to 28 U.S.C. § 1367, the United States District Court, in its discretion, may exercise supplemental jurisdiction over the state law causes of action in the Complaint, Counts 1 through 5.

5. Writs of Summons were issued for Defendants on June 3, 2020. The original writs were apparently never served and were reissued at Plaintiff's request on August 19, 2020.

6. Defendant Haven Smith, Jr. was served on October 5, 2020. Defendant Charles County Maryland voluntarily waives service of process by joining in the removal of this action.

7. Thus, all of the Defendants are filing this Joint Notice of Removal "within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. . . ." 28 U.S.C. § 1446 (b).

8. Pursuant to Local Rule 103.5, Defendants are filing with this Notice of Removal in the United States District Court true and legible copies of all process, pleadings, papers, and orders which have been served upon them.

9. Concurrent with the filing of this Notice of Removal, these Defendants, pursuant to 28 U.S.C. § 1446(c)(5), have provided written notice of removal to Plaintiff and have filed a copy of this Notice with the Clerk of the Circuit Court for Charles County, thereby effecting the removal of this action, and alerting the State court that it shall proceed no further unless and until the case is remanded. *See* Exhibit A.

Wherefore, these Defendants notify all Courts and Parties that this action has been removed to the United States District Court for the District of Maryland, and that no further proceedings shall be had in the Circuit Court for Charles County.

Respectfully Submitted,

_____/s/_____
John F. Breads, Jr.
Federal Bar No. 01343
jbreads@lgit.org


_____/s/_____
Matthew Peter
Federal Bar No. 26351
mpeter@lgit.org
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 451-1700
Facsimile (443) 561-1701

Counsel for the Defendants

## CERTIFICATE OF SERVICE

I certify that on November 4, 2020, the foregoing paper was filed and served via CM/ECF on all counsel of record and mailed via First Class U.S. Mail, postage pre-paid, to: Josephia Rouse, The Law Offices of Josephia Rouse, 1537 Light Street, Baltimore, Maryland 21230.

_____/s/_____
Matthew D. Peter

| | | |
|---|---|---|
| **JAMES P. LANCASTER,** | * | **IN THE** |
| **Plaintiff,** | * | **CIRCUIT COURT** |
| vs. | * | **FOR** |
| **HAVEN SMITH, JR.,** *et al.*, | * | **CHARLES COUNTY** |
| **Defendants.** | * | **CIVIL NO.: C-08-CV-2020-000390** |

\* \* \* \* \* \* \*

## JOINT NOTICE OF REMOVAL

Haven Smith, Jr. and Charles County Maryland, Defendants, by and through their undersigned counsel, pursuant to Title 28 U.S.C. §§ 1441 and 1446, and Local Rule 103.5 of the United States District Court for the District of Maryland, jointly remove this action from the Circuit Court for Montgomery County to the United States District Court for the District of Maryland, and, for reasons, state:

1. The Complaint governing this action was filed in the Circuit Court for Montgomery April 3, 2020.

2. The Complaint, brought under the auspices of State and Federal law, sets forth causes of action for: Unreasonable Search and Seizure (Brought under the Fourth Amendment and Articles 24 and 26 of the Maryland Declaration of Rights) (Count 1); Excessive Force (Although not expressly stated, it appears this claim has been brought under the Fourth Amendment and Articles 24 and 26 of the Maryland Declaration of Rights) (Count 2); Assault (Count 3); Battery (Count 4); and Negligent Supervision, Retention, and Training (Count 5).

3. Because Count 1 alleges and Count 2 appears to allege causes of action against Defendants under a federal statute and/or the federal Constitution, the United States District Court has original jurisdiction over these counts, in that they purport to state a claim arising "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

Exhibit A

4. In addition, pursuant to 28 U.S.C. § 1367, the United States District Court, in its discretion, may exercise supplemental jurisdiction over the state law causes of action in the Complaint, Counts 1 through 5.

5. Writs of Summons were issued for Defendants on June 3, 2020. The original writs were apparently never served and were reissued at Plaintiff's request on August 19, 2020.

6. Defendant Haven Smith, Jr. was served on October 5, 2020. Defendant Charles County Maryland voluntarily waives service of process by joining in the removal of this action.

7. Thus, all of the Defendants are filing this Notice of Removal "within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. . . ." 28 U.S.C. § 1446 (b).

8. Pursuant to Local Rule 103.5, these Defendants have filed with their Notice of Removal in the United States District Court true and legible copies of all process, pleadings, papers, and orders which have been served upon them.

9. Concurrent with the filing of this Notice of Removal, Defendants, pursuant to 28 U.S.C. § 1446(c)(5), have provided written notice of removal to Plaintiff and have filed a copy of this Notice with the Clerk of the United States District Court, thereby effecting the removal of this action.

Wherefore, these Defendants notify all Courts and Parties that this action has been removed to the United States District Court for the District of Maryland, and that no further proceedings shall be had in the Circuit Court for Charles County.

Respectfully Submitted,

*/s/ John F. Breads, Jr. //mp/*

John F. Breads, Jr.
jbreads@lgit.org

*/s/ Matthew Peter/*

Matthew Peter
mpeter@lgit.org
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 451-1700
Facsimile (443) 561-1701

Counsel for the Defendants

## RULE 20-201 CERTIFICATION

The undersigns hereby certifies, pursuant to Maryland Rule 20-201, that the foregoing document does not contain any restricted information.

*/s/ Matthew D. Peter/*
Matthew D. Peter

## CERTIFICATE OF SERVICE

I certify that on November 4 2020, the foregoing paper was filed and served via MDEC on all counsel of record and mailed via First Class U.S. Mail, postage pre-paid, to: Josephia Rouse, The Law Offices of Josephia Rouse, 1537 Light Street, Baltimore, Maryland 21230.

*/s/ Matthew D. Peter/*
Matthew D. Peter

3